UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of a Subpoena Regarding:   No. 4:24-mc-52

24-103-04                                **MOTION TO SEAL**

Regarding Subpoena No.: 2024R00208 - 004

The United States hereby moves this Court for an order:

1. Sealing the redacted subpoena and redacted attachment for a period of 90 days, subject to renewal, in that this search is being conducted as a part of an ongoing investigation.

2. Permanently sealing the unredacted subpoena and unredacted attachment filed in this matter, as the documents contain reference to an ongoing investigation, protected personal identifiers, and may reference to informants and/or witnesses.

3. Sealing the redacted subpoena and redacted attachment for a period of 90 days, subject to renewal, unless ordered otherwise by the Court.

Dated this 28th day of March 2024.

                            ALISON J. RAMSDELL
                            United States Attorney

                            */s/ Paige Petersen*
                            Paige Petersen
                            Assistant United States Attorney
                            P.O. Box 2638
                            Sioux Falls, SD 57101-2638
                            Telephone: (605)357-2361
                            Facsimile: (605)330-4410
                            E-Mail: paige.petersen@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of a Subpoena Regarding:    No. 4:24-mc-52

24-103-04    **ORDER TO SEAL**

Regarding Subpoena No.: 2024R00208 - 004

The United States having moved this Court for an order to seal, and good cause having been shown therefor, it is hereby

ORDERED:

1. That the redacted subpoena and redacted attachment are hereby sealed for a period of 90 days from the date of this order.

2. That the subpoena and attachment that are not designated as redacted in the caption, shall be permanently sealed.

3. That the redacted subpoena and redacted attachment shall be sealed for a period of 90 days, subject to renewal, unless ordered otherwise by the Court.

4. That the Clerk of this Court shall automatically unseal the redacted subpoena and redacted attachment filed therein after the passage of 90 days, subject to renewal, unless ordered otherwise by the Court.

Dated: March 28, 2024

BY THE COURT:

VERONICA L. DUFFY
United States Magistrate Judge